# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CYCLE COUNTRY ACCESSORIES CORPORATION, an Iowa Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NIVEL PARTS & MANUFACTURING COMPANY, LLC,<br><br>        Defendant. | 8:08CV325<br><br>ORDER |

Upon review of plaintiff's "Notice of Plaintiff's Stipulation of Enlargement of Time to Answer Complaint" [11],

**IT IS ORDERED:**

1. Defendant, Nivel Parts & Manufacturing Company, LLC, is given until and including **September 24, 2008**, to file and serve its answer or response to the Complaint.

2. Since defense counsel has not yet entered an appearance in this matter, plaintiff's attorney shall serve a copy of this order on defense counsel and shall file a certificate of service listing the names and addresses of the persons to whom the document was sent.

**DATED August 22, 2008.**

                                        **BY THE COURT:**

                                        s/ F.A. Gossett
                                        **United States Magistrate Judge**