# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CYCLE COUNTRY ACCESSORIES CORPORATION, an Iowa Corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| vs. | ) ) | **8:08CV325** |
| **NIVEL PARTS & MANUFACTURING COMPANY LLC,** | ) ) ) ) | **ORDER** |
| **Defendant.** | ) | |

Plaintiff has filed a Voluntary Dismissal [14] pursuant to Fed. R. Civ. P. 41(a)(1)(i). The document complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i), and the case may be dismissed without order of the court. Accordingly,

**IT IS ORDERED** that the Clerk shall terminate this case for statistical purposes.

**DATED** September 24, 2008.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**